FILED: April 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:20-cr-00143-TSE-1 |
| Date notice of appeal filed in originating court: | 04/15/2022 |
| Appellant | Zackary Sanders |
| Appellate Case Number | 22-4242 |
| Case Manager | Anisha Walker<br>804-916-2704 |