UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)

No. __22-4242__    Caption: Zackary Ellis Sanders v. United States of America

Appellant Zackary Ellis Sanders
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

    Sealed appendix volumes 4-8; sealed version of opening brief

2. Is sealing of document(s) necessary?

    ☐ No
    ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

    April 27, 2020 Protective Order (E.D. Va. Dkt. 28); June 7, 2021 Protective Order (E.D. Va. Dkt. 378); Order (Dkt. E.D. Va. 572)

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

    Permanently under seal, with counsel for all parties able to access

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

    ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

    ☑ Yes

## CERTIFICATE OF SERVICE

I certify that on  June 16, 2022    the sealed document(s) identified in this Certificate of Confidentiality were served on the following parties or counsel of record outside of CM/ECF at the addresses listed below.  Service may be made by direct email or other electronic means with the prior written consent of the party to be served.  <u>In consolidated criminal cases</u>, identify which sealed appendix volumes were served on each party or attorney.

| /s/Brandon L. Arnold | 06/16/22 |
|---|---|
| Signature | Date |