FILED: June 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

    Defendant - Appellant

_____

O R D E R
_____

Upon consideration of the certificate of confidentiality, the court places appendix volume numbers IV through VIII, and appellant's opening brief under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk