FILED: June 24, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 07/28/2022

    Any reply brief permitted on or before 08/17/2022.

                             For the Court--By Direction

                             /s/ Patricia S. Connor, Clerk