# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| Zackary Ellis Sanders,<br><br>　　　*Defendant-Appellant,*<br><br>　　v.<br><br>United States of America,<br><br>　　　*Plaintiff-Appellee.* | No. 22-4242<br>(1:20-cr-00143-TSE) |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Fourth Circuit Local Rule 46(c), Leslie C. Esbrook respectfully requests that this Court withdraw her appearance as counsel for Appellant Zackary Ellis Sanders in this matter. As of July 1, 2022, Ms. Esbrook is no longer affiliated with the law firm Kramer Levin Robbins Russell. Appellant will continue to be represented by other counsel of record from Kramer Levin Robbins Russell.

In accordance with Fourth Circuit Local Rule 27(a), undersigned counsel has informed the government of the intended filing of this motion, and counsel for the government advised that the government does not oppose it.

Dated: July 1, 2022                              Respectfully submitted,

/s/ Leslie C. Esbrook
Leslie C. Esbrook
KRAMER LEVIN ROBBINS RUSSELL
2000 K Street, NW, 4th Floor
Washington, DC 20006
(202) 775-4500
lesbrook@kramerlevin.com

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

In accordance with Fed. R. App. P. 32(g)(1), I certify that this motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because this motion contains 102 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016, Times New Roman, 14-point font.

/s/ Leslie C. Esbrook
Leslie C. Esbrook

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 1, 2022, I will cause a true and correct copy of the foregoing document to be filed with the Court by CM/ECF, which will send notice of this filing to all counsel of record.

/s/ Leslie C. Esbrook<br>
Leslie C. Esbrook

4