FILED:  July 29, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 22-4242
(1:20-cr-00143-TSE-1)

———————————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

Defendant - Appellant

———————————————

O R D E R

———————————————

Upon consideration of the certificate of confidentiality, the court places

appellee's response brief under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk