FILED: August 23, 2022

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 22-4242
(1:20-cr-00143-TSE-1)

———————————

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

Defendant - Appellant

———————————

O R D E R

———————————

Upon consideration of the certificate of confidentiality, the court places appellant's reply brief under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk