IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM WILSON; | ) | No. 22-4113 |
| LAURA GALLAGHER, ANDREY KALUGIN; | ) | Nos. 22-4128, 22-4129 |
| ZACKARY SANDERS; | ) | Nos. 22-4242, 22-7054 |
| DEMETRIUS MCGREGOR; | ) | No. 22-4438 |
| GREGORY BURWELL; | ) | No. 23-4043 |
| XIAO CHEN; | ) | No. 23-4063 |
| MICHAEL VAUGHN; | ) | No. 23-4073 |
| RASHAWN PERKINS; | ) | No. 23-4106 |
| JEROD ASKEW; | ) | No. 23-4222 |
| JEFFREY TUDDER; | ) | No. 23-4403 |
| ODASSIS THOMAS; | ) | No. 23-6302 |
| | ) | |
| Defendants-Appellants. | ) | |

**UNOPPOSED CONSOLIDATED MOTION TO WITHDRAW
AS COUNSEL FOR THE UNITED STATES**

Pursuant to Local Rule 46(c), undersigned counsel respectfully requests leave of Court to withdraw as counsel for the United States in the above-captioned matters. As of November 6, 2023, counsel has begun a long-term detail to another component of the U.S. Department of Justice. Accordingly, counsel has transferred all responsibilities for the above-captioned cases to other members of the Criminal Appeals Unit in the U.S. Attorney's Office for the Eastern District of Virginia. With two exceptions, counsel believes this list contains the only open cases in which he has

1

entered an appearance.[1] Counsel has ensured that at least one current Assistant U.S. Attorney with responsibility for the case has entered an appearance on each docket.

In accordance with Local Rule 27(a), undersigned counsel has notified defense counsel in each of the listed cases about his motion to withdraw, and none has objected.

Respectfully submitted,

By:           /s/          

Aidan Taft Grano-Mickelsen
Assistant U.S. Attorney
U.S. Attorney's Office for the
Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219
aidan.grano-mickelsen@usdoj.gov
(804) 819-5400

---

[1] Under the terms of his detail, counsel has retained principal responsibility within the U.S. Attorney's Office with respect to two matters currently pending before this Court: *United States v. Antonio Davis*, No. 21-7325 (calendared for argument Dec. 7, 2023), and *United States v. Elshafee Elsheikh*, No. 22-4496 (tentatively calendared for argument during the January 2024 sitting). Counsel will continue to represent the United States in these cases.

2

## **CERTIFICATE OF COMPLIANCE**

I certify that I wrote this brief using 14-point Times New Roman typeface and Microsoft Word 2016. I further certify that this brief does not exceed 5,200 words (and is specifically 209 words) as counted by Microsoft Word, excluding the items identified in Federal Rule of Appellate Procedure 27(f).

By: _____/s/_____
Aidan Taft Grano-Mickelsen
Assistant U.S. Attorney