FILED: November 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion of Aidan Grano-Mickelsen to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk