## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 15, 2023

_____

COPY FOLLOW-UP NOTICE

_____

No. 22-4242,    US v. Zackary Sanders
1:20-cr-00143-TSE-1

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 11/20/2023**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| Document | No. of Copies | Required From: |
|---|---|---|
| Redacted Version of Opening Brief | 4 | Appellant |
| Redacted Version of Response Brief | 4 | Appellee |
| Redacted Version of Reply Brief | 4 | Appellant |
| Opening/Response Brief | | |
| Response/Reply Brief | | |
| Supplemental Brief | | |
| Intervenor/Amicus Brief | | |
| Joint Appendix | 4 | Appellant |
| Supplemental Appendix | | |
| Amicus Brief | | |

/s/ NWAMAKA ANOWI, CLERK