# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 19, 2023

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 22-4242,　US v. Zackary Sanders
　　　　　　　1:20-cr-00143-TSE-1

TO:　United States of America
　　　Zackary Ellis Sanders

RESPONSE DUE: 12/27/2023

Response is required to the notice requesting information regarding similar cases on or before 12/27/2023. Please use the following form to submit response: **[Disclosure - Similar Issues](#)**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Anisha Walker, Deputy Clerk
804-916-2704