UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE – SIMILAR CASES

Appeal No. & Caption: US v. Sanders, No. 22-4242

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

US v. Dugan, No. 22-4642 raises a challenge to the probable cause of the challenged search warrant that is similar to that which is raised in this case. The warrants in both cases relied in part on tips from a foreign law enforcement entity.

Signature: /s/ Joseph Attias          Counsel for: The United States of America

Date: 12-19-2023