# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: United States v. Zackary Sanders, No. 22-4242

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> US v. Mynes, No. 21-4668, raises the issue of how to interpret the "lascivious exhibition" language in 18 U.S.C. § 2256.
>
> US v. Dugan, No. 22-4642, raises the issue of whether a district court erred in denying motions to suppress or compel discovery concerning a similar tip from foreign law enforcement, including the means used to acquire the information in the tip and the involvement of US law enforcement.

Signature: /s/ Brandon L. Arnold     Counsel for: Zackary Sanders

Date: 12/26/2023

**File using event:** RESPONSE/ANSWER (to Similar Case notice)