## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **22-4242**       Date of Oral Argument: **03/22/24**

Caption: **United States v. Zackary Sanders**

Attorney Arguing: **Lawrence S. Robbins**

Arguing on Behalf of (party name):
**Zackary Sanders**

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:
**Brandon L. Arnold**

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→ 20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→ 15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→ Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **Lawrence S. Robbins**
Phone Number (day of argument): **202-907-7163**

Principal Argument Time: **17**           Rebuttal Argument Time (if any): **3**
(for appellants and appellees)              (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                    Rebuttal Argument Time (if any):
(for appellants and appellees)              (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                    Select one of the following:  ☐ Order allowing argument time
                                                                 ☐ Court-Appointed Amicus

Signature: **/s/ Brandon L. Arnold**           Date: **01/22/24**

03/08/2022 SCC