# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 26, 2024

_____

## ORAL ARGUMENT ACKNOWLEDGMENT
## FOLLOW-UP NOTICE

_____

No. 22-4242,   US v. Zackary Sanders
1:20-cr-00143-TSE-1

DUE:  January 29, 2024

Counsel for **appellee(s)** must file an **oral argument acknowledgement form** by the due date shown above. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

/s/ NWAMAKA ANOWI, CLERK