

**DIMUROGINSBERG** PC
A T T O R N E Y S   A T   L A W

BERNARD J. DIMURO*
NINA J. GINSBERG*

1001 N. FAIRFAX STREET, STE 510
ALEXANDRIA, VIRGINIA 22314

* PARTNER

MICHAEL S. LIEBERMAN*
NEIL RIPLEY

TEL: 703.684.4333
FAX: 703.548.3181

OF COUNSEL
CECIL E. KEY
JAY P. KESAN

WEB: WWW.DIMURO.COM

March 5, 2024

Hon. Nwamaka Anowi, Clerk
U.S. Court of Appeals for the Fourth Circuit, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517

Re:     *United States v. Sanders*, No. 22-4242
Citation of Supplemental Authority (Fed. R. App. P. 28(j), Loc. R. 28(e))

Dear Ms. Anowi:

On February 22, 2024, Appellant, Zackary Sanders, by counsel, inadvertently filed a Supplemental Authority in the above-referenced matter (Doc 66). The Supplemental Authority has been correctly filed in the correct matter (No. 22-7054) on March 4, 2024. Please remove the Supplemental Authority from the docket (Doc 66) for Case No. 22-4242. Thank you.

Respectfully submitted,

Nina J. Ginsberg, Esquire
Counsel for Appellant, Zachary Sanders
DiMuroGinsberg, P.C.
1001 N. Fairfax Street, Suite 510
Alexandria, VA  22314
Tel: 703-684-4333
Fax: 703-548-3181
Email: nginsberg@dimuro.com

cc:  All Counsel of Record