FILED: July 15, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

       Defendant - Appellant

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing a petition for rehearing en banc to August 22, 2024. Counsel is advised that no further extensions will be granted.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk