FILED: September 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

      Defendant - Appellant

_____

O R D E R
_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk