FILED: September 17, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4242
(1:20-cr-00143-TSE-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

ZACKARY ELLIS SANDERS

      Defendant - Appellant

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Judge Benjamin.

      For the Court

      /s/ Nwamaka Anowi, Clerk